AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA

v.

Jaimes Cortez-Daza

**CRIMINAL COMPLAINT**

Case Number: M-20-1241-M

IAE   YOB: 1985
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 16, 2020** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Granjeno, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jaimes Cortez-Daza was encountered by Border Patrol Agents near Granjeno, Texas on June 16, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on June 16, 2020, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on March 2, 2020, through Del Rio, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 24, 2004, the defendant was convicted of Burglary and sentenced to one-hundred and eighty (180) days confinement and five (5) years probation.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA Matthew Redavid
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

June 17, 2020   6:17 p.m.

/S/Kellen Meador
Signature of Complainant
Kellen Meador   Border Patrol Agent

Juan F. Alanis   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer